**No. 11-5017. Karl Grant Losee, Petitioner v. Richard Garden, et al.**

565 U.S. 1101, 132 S. Ct. 869, 181 L. Ed. 2d 566, 2011 U.S. LEXIS 8888.

December 12, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 885, 132 S. Ct. 258, 181 L. Ed. 2d 150, 2011 U.S. LEXIS 5543.